UNITED BUILDING AND CONSTRUCTION TRADES COUNCIL
OF CAMDEN COUNTY AND VICINITY v. MAYOR AND
COUNCIL OF THE CITY OF CAMDEN, ET AL.

March 21, 1986.

The Supreme Court of the United States having, by an opinion filed February 21, 1984, remanded this matter to this Court for further proceedings consistent with its determination, and this Court having further remanded the matter to the trial court for additional hearings,

And the parties having entered into a settlement agreement that disposes of all issues remaining in this matter, and having further stipulated to the dismissal of the within matter, and good cause appearing;

It is ORDERED that this matter is hereby dismissed, with prejudice.

DONNA R. BYRNES v. ORTHO
PHARMACEUTICAL CORPORATION.

April 10, 1986.

Petition for certification denied.